# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

DAVID AUSTIN ROSES LIMITED
Plaintiff

v.

GCM RANCH LLC. et al.
Defendant

3:24-CV-00882-B
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant GCM RANCH LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff, DAVID AUSTIN ROSES LTD,
Defendant GCM RANCH LLC,
Defendant MIO REN

|  |  |
|---|---|
| Date: | June 11, 2024 |
| Signature: | /s/ Jingjing Ye |
| Print Name: | Jingjing Ye |
| Bar Number: | 24099280 |
| Address: | 500 N Central Expy Suite 500 |
| City, State, Zip: | Plano, TX 75074 |
| Telephone: | 469-410-5232 |
| Fax: |  |
| E-Mail: | jye@yefirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.