IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID AUSTIN ROSES LIMITED,<br><br>                Plaintiff,<br>v.<br><br>GCM RANCH LLC; MIO REN; SPROUTIQUE LLC d/b/a ZEPHYR GARDEN; YUANYUAN LIU; FEIFEI ZHUO; and JOSE JAIMES,<br><br>                Defendants. | C.A. No. 3:24-cv-00882-B |

**PLAINTIFF'S MOTION TO STRIKE GCM DEFENDANTS'
REPLY IN SUPPORT OF THEIR MOTION FOR A PROTECTIVE ORDER**

    Plaintiff David Austin Roses Limited ("David Austin" or "Plaintiff"), by and through its undersigned counsel, moves this Court to strike GCM Defendants' Reply In Support Of Their Motion For A Protective Order (ECF No. 68) and/or to grant such other and further relief as the Court deems just and proper.

    A memorandum of law in support of this motion is being filed herewith.

        Respectfully submitted,

Dated: <u>November 21, 2025</u>

/s/ *Travis W. Bliss*
Samuel E. Joyner (Texas Bar No. 24036865)
Amy E. LaValle (Texas Bar No. 24040529)
FROST BROWN TODD LLP
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473
sjoyner@fbtlaw.com
alavalle@fbtlaw.com

OF COUNSEL:

Travis W. Bliss (*pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Telephone: (215) 965-1330
Facsimile: (215) 965-1331
tbliss@panitchlaw.com

*Attorneys for Plaintiff*
*David Austin Roses Limited*

- 3 -

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(b), I certify that on November 19, 2025, myself and Ava Lutz, counsel for Plaintiff, conferred with counsel for Defendants, Jingjing Ye Bennett, regarding this Motion to Strike. The parties were unable to resolve their differences of opinion on the underlying issues of the Motion to Strike.

Dated: November 21, 2025                          /s/ Travis W. Bliss
                                                  Travis W. Bliss (*pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document, *Plaintiff's Motion To Strike GCM Defendants' Reply In Support Of Their Motion For A Protective Order*, via the Court's CM/ECF system.

Dated: November 21, 2025             */s/ Travis W. Bliss*
                                     Travis W. Bliss (*pro hac vice*)