# Exhibit AA

| | |
|---|---|
| **From:** | Travis W. Bliss |
| **To:** | Jingjing Ye Bennett |
| **Cc:** | Olivia Fong; Info Yefirm; Ava E. Lutz; Dana A. McCall; Joyner, Samuel E.; LaValle, Amy E. |
| **Subject:** | DAR v. GCM Ranch: Claw back of certain inadvertently produced work product documents [IMAN-ACTIVE.FID1426187] |
| **Date:** | Tuesday, December 23, 2025 3:18:23 PM |
| **Attachments:** | image001.png<br>Updated privilege log dated 12-23-2025(20153715.1).xlsx |

Dear Jingjing,

Upon review of the documents referenced in your recent email communications, Plaintiff realized that it had inadvertently produced certain documents that are protected by attorney work product protection.  The specific documents at issue include photographs and shipping documents relating to test purchases made by Plaintiff's counsel as part of its pre-filing investigation.  These documents were prepared by or sent to Plaintiff's counsel as part of that pre-filing investigation process in the present litigation, and therefore they are protected as attorney work product.  The documents at issue are listed in rows 36-86 of the attached updated privilege log.

The production of these documents does not constitute a waiver of such protection, as stated in the Protective Order for this case (see ECF 46 at paras. 9-10).  With that in mind, Plaintiff hereby notifies Defendants that it is clawing back these documents pursuant to FRCP 26(b)(5)(B).  Pursuant to that rule, Defendants "must promptly return, sequester, or destroy the specified information and any copies it has" and "must not use or disclose the information."

We expect Defendants to fully comply with the requirements of FRCP 26(b)(5)(B).

Best regards,
Travis

**Travis W. Bliss, Ph.D.** | **Partner**
**Panitch Schwarze Belisario & Nadel LLP**
**Intellectual Property Law**
TBliss@panitchlaw.com
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
(302) 394-6002 Direct
(302) 394-6030 Main
www.panitchlaw.com | bio | v-card | LinkedIn



*Confidentiality Notice: This electronic message contains information which may be legally confidential and/or privileged. It is intended only for the party to whom it is addressed. Unless you are the intended addressee (or authorized to receive communications on behalf of the addressee), it is unlawful for you to use, copy or disclose to anyone the content or context of this message or any*

*information contained in, attached to, or linked to this message. If you have received this message in error, please reply immediately to the sender that you have received this message and delete the original and all reply messages.*

Your feedback is important to us. Tell us how we are doing.