UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID AUSTIN ROSES LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0882-B |
| | § | |
| GCM RANCH LLC; MIO REN; | § | |
| SPROUTIQUE LLC D/B/A ZEPHYR | § | |
| GARDEN; YUANYUAN LIU; FEIFEI | § | |
| ZHUO; and JOSE JAIMES, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTIONS

Before the Court are two motions filed by Defendants GCM Ranch LLC and Mio Ren: their Motion to Seal Exhibit C (Doc. 134) and their Motion to Restrict Public Access to ECF No. 130 (Doc. 135). Both Motions are **REFERRED** to United States Magistrate Judge David Horan for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b).

Future pleadings concerning these motions shall be filed with a transmittal letter addressed to Magistrate Judge Horan so copies can be sent directly to him without delay.

SO ORDERED.

SIGNED: April 28, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

-1-